James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131-3208
Tel.: 415/ 951-4949
(Fax: 415/ 239-0156)
jamichel@att.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

In re:                                      )   No. 10-30055 TEC 7
                                            )
JOSE F HENSON and                           )
CORAZON G HENSON,                           )
                                            )
    ###-##-3496 and                        )
    ###-## -2532,                           )
                                            )   Adv. Proc. No. _____
    Debtors.                                )
_____         )
JOSE F HENSON,                              )
                                            )
    Plaintiff,                              )
                                            )
v.                                          )
                                            )
SALLIE MAE and DOES 1 - 10,                 )
                                            )
    Defendants.                             )
_____         )
                                            )
                                            )
                                            )
                                            )

DEBTOR'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

    1. The Debtor, Jose F. Henson, and Joint Debtor, Corazon G. Henson, filed this case under chapter 7 of the Bankruptcy Code on January 9, 2010. This Court thus has jurisdiction over this action under 28 U.S.C. § 1334. This proceeding is a core proceeding.

1

2. The Meeting of Creditors was held on February 17, 2010 in San Francisco, California.

3. Two of the unsecured debts owed by Debtor and listed in Schedule F are student loans in the amounts of $37,060 and $10,274 owing to Sallie Mae.

4. These debts are a result of Debtor Jose F. Henson's having co-signed student loans for his granddaughter, Pamela H. Picones. Debtor did not receive any money from these loans, nor did Debtor receive any educational benefit from these debts.

5. The Debtor is 77 years old and is retired. His only source of income is Social Security. Joint Debtor Corazon G. Henson is also over 70 years old. Her only source of income is Social Security. Although Debtor receives some help paying the mortgage from his sons who reside with him, the household income of the Debtor is barely adequate to keep the mortgage payments current and maintain the basic necessities of life for himself and his family.

6. Debtor lacks the resources to pay the educational debts and any payments he would make would be at a great hardship to himself and his family. Excepting the loans from discharge would impose an undue hardship on himself and his family, especially considering that Debtor received no benefit from these loans and was only a co-signor.

WHEREFORE, the Debtor prays that this Court assume jurisdiction of the case, declare the educational debts dischargeable under 11 U.S.C. § 523(a)(8) and grant any other appropriate relief.

DATED: April 2, 2010     ___/s/ James A. Michel ___
JAMES A. MICHEL