| | |
|---|---|
| 1 | CHERYL C. ROUSE (State Bar No. 118313) |
| 2 | NORMAN P. BAHLERT (State Bar No. 135693) |
|   | LAW OFFICES OF ROUSE & BAHLERT |
| 3 | 345 Franklin Street |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 575-9444 |
|   | Facsimile: (415) 575-9440 |
| 5 | Email: rblaw@ix.netcom.com |

Attorneys for Defendant, Sallie Mae, Inc.

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

In re:

JOSE F. HENSON, and
CORAZON G. HENSON,

    Debtors.

---

JOSE F. HENSON,

    Plaintiff,

v.

SALLIE MAE, and DOES 1-10,

    Defendants.

Bankr. Case No.: 10-30055-TEC-7

Chapter 7

Adv. Proc. No.: 10-03057

**STIPULATION TO DISCHARGE STUDENT LOANS BETWEEN PLAINTIFF AND DEFENDANT, SALLIE MAE, INC.**

    Plaintiff, Jose F. Henson ("Plaintiff"), and Defendant, Sallie Mae, Inc. ("Sallie Mae"), by and through their respective undersigned counsel, hereby stipulate as follows:

    1.    On January 9, 2010, Plaintiff and Corazon G Henson filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, and a discharge of eligible debts was entered on April 20, 2010.

2. On April 4, 2010, Plaintiff filed a Complaint, naming Sallie Mae as a Defendant, seeking a discharge of educational loan debt pursuant 11 U.S.C. § 523(a)(8).

3. On May 2, 2010, Sallie Mae filed its Answer to Plaintiff's Complaint.

4. Plaintiff is indebted to Sallie Mae pursuant to the applicable terms of two (2) Signature Student Loan Promissory Notes ("Promissory Notes") executed by Plaintiff to obtain educational loans ("Student Loans") with approximate balances, as of April 12, 2010, as follows:

    a. one (1) Student Loan disbursed August 16, 2006, with a balance, including principal, interest and fees, totaling $40,570.98; and

    b. one (1) Student Loan disbursed June 27, 2008, with a balance, including principal, interest and fees, totaling $10,377.24.

5. As of April 12, 2010, there was a balance due and owing under the Promissory Notes, including principal, interest and fees, in the aggregate amount of $50,948.22.

6. The parties agree to a discharge of the Plaintiff's debt due Sallie Mae, arising from the Promissory Notes referenced herein above; upon the grant of a general discharge in the Plaintiff's main bankruptcy case, and approval of this Stipulation by the court, the Plaintiff will owe no further obligation to Sallie Mae on the debt referenced herein.

7. A discharge of Plaintiff's obligation to Sallie Mae does not effect or alter any other person's liability to Sallie Mae under the Promissory Notes.

8. This Stipulation may be executed in counterparts, by facsimile and/or by electronic mail, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation between the parties.

9. The parties agree to a dismissal of Defendant, Sallie Mae, Inc., from this adversary proceeding, subject to the terms of this Stipulation, upon approval of this Stipulation by the court.

WHEREFORE, the parties pray this Honorable Court for an Order approving this Stipulation.

Dated: 9/15/2010                LAW OFFICES OF JAMES A. MICHEL

                         By:    /s/ James A. Michel
                                James A. Michel, Esquire
                                Attorney for Plaintiff Jose F. Henson


Dated: 9/16/2010                LAW OFFICES OF ROUSE & BAHLERT

                         By:    /s/ Cheryl C. Rouse
                                Cheryl C. Rouse, Esquire
                                Attorney for Defendant Sallie Mae, Inc.

STIPULATION TO DISCHARGE STUDENT LOANS
BETWEEN PLAINTIFF AND DEFENDANT, SALLIE MAE, INC. - 2